UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLAN MICAH McRAE,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cv-56

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(b)(1), I must recuse myself from further involvement in this case.  Additionally, United States District Judge Robert Holmes Bell presided over an ancillary proceeding in this case and, for the same reason, must be recused from this matter as well.  The Clerk's Office shall reassign this case to another district judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Date:  January 27, 2015

   /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge